IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD V. SNOWDEN,<br>#14480-025,<br><br>       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)  Case No.  3:24-CV-01061-JPG<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

The Court having received a valid notice of dismissal;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice,

**DATED:** May 3, 2024

                                    MONICA A. STUMP, Clerk of Court

                                    By:    *s/Tina Gray,*
                                                     Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE