# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD V. SNOWDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-01061-JPG |
| ) | |
| UNITED STATES OF AMERICA, ) | Criminal No. 4:19-cr-40081-JPG |
| ) | |
| Respondent. ) | |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** July 12, 2024

                                               MONICA A. STUMP, Clerk of Court

                                               s/Tina Gray, Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE